# Court of Appeals
## Tenth Appellate District of Texas

No. 10-24-00037-CR

Randy Hill,
Appellant

v.

The State of Texas,
Appellee

On appeal from the
77th District Court of Freestone County, Texas
Judge Patrick H. Simmons, presiding
Trial Court No. 23-033CR

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

**MEMORANDUM OPINION**

A jury found Randy Hill guilty of sexual assault of a child. *See* TEX. PENAL CODE ANN. §22.011. Hill pled true to two enhancement paragraphs, and the trial court assessed his punishment at 50 years confinement in the Texas Department of Criminal Justice Institutional Division, and sentenced him accordingly. *See* TEX. PENAL CODE ANN. §§ 12.33, 12.42. This appeal ensued. We affirm the trial court's judgments for each offense.

Hill's appointed counsel filed a motion to withdraw and an Anders brief in support of the motion in each case asserting that he has diligently reviewed the appellate record and that, in his opinion, the appeal is frivolous. See *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Counsel's brief evidences a professional evaluation of the record for error and compliance with the other duties of appointed counsel. We conclude that counsel has performed the duties required of appointed counsel. *See id*. at 744, 87 S.Ct. at 1400; *High v. State*, 573 S.W.2d 807, 812–13 (Tex. Crim. App. [Panel Op.] 1978); see also *Kelly v. State*, 436 S.W.3d 313, 319–20 (Tex. Crim. App. 2014); *In re Schulman*, 252 S.W.3d 403, 407–09 (Tex. Crim. App. 2008).

In reviewing an Anders appeal, we must, "after a full examination of all the proceedings, . . . decide whether the case is wholly frivolous." *Anders*, 386 U.S. at 744, 87 S.Ct. at 1400; *see Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 349–50, 102 L.Ed.2d 300 (1988); *accord Stafford v. State*, 813 S.W.2d 503, 509–11 (Tex. Crim. App. 1991). An appeal is "wholly frivolous" or "without merit" when it "lacks any basis in law or fact." *McCoy v. Court of Appeals*, 486 U.S. 429, 438 n.10, 108 S.Ct. 1895, 1902 n.10, 100 L.Ed.2d 440 (1988). After a review of the entire record in this appeal, we have determined the appeal to be wholly frivolous. See *Bledsoe v. State*, 178 S.W.3d 824, 826–28 (Tex. Crim. App. 2005). Accordingly, we affirm the trial court's judgments.

Counsel's motion to withdraw from representation of Hill is granted.

_____
MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED: February 27, 2025

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Affirmed
Do Not Publish
CR25

